**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. CCB-13-0439 |
| KEITH BLAND | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**RENEWED MOTION TO MODIFY CONDITIONS OF RELEASE**
**(RELIEF FROM LOCATION MONITORING CONDITION)**

Defendant Keith Bland, through undersigned counsel, respectfully moves this Honorable Court to modify his conditions of release to remove the location monitoring condition. In support whereof, Mr. Bland states as follows:

1. On December 19, 2013, Mr. Bland filed a Motion to Modify (Relief from Location Monitoring Condition.) Dkt. 12. A copy of the motion engrossed with a marginal order by the Court (Gauvey M.J.) indicating "Denied at this time," Dkt. 14, is attached as Exhibit 1. The motion is incorporated by reference herein.

2. At the conclusion of a January 7, 2014 hearing, the Court denied the motion, but indicated that it would reconsider upon submission of a letter from Mr. Bland's employer confirming the representations regarding the effect that electronic monitoring was having on Mr. Bland's employment. The Court also directed that undersigned speak directly with Mr. Bland's employer.

3. On January 31, 2014, undersigned received via facsimile the letter attached as Exhibit 2 from Joe Cascio, Concrete Superintendent at Image Asphalt Maintenance, Inc., who is Mr. Bland's supervisor. The same day, undersigned spoke to Mr. Cascio

who confirmed that the letter was an accurate statement of Mr. Bland's employment situation.

4. Later on January 31, 2014, undersigned emailed United States Probation Officers Gregory Swillow and Jacqueline Johnson, forwarding a copy of Mr. Cascio's letter and seeking their support for the government's consent to a renewed motion to remove the electronic monitoring condition. Mr. Swillow wrote back the following day stating that his "position stays the same, but agree house arrest with elecrtonic monitoring is not appropriate if the Court wants to the offender to be able to cover these last minute schedules."

5. Attached as Exhibit 3 is a January 13, 2014 email sent to undersigned by Barbara Norton, LCPC, of Universal Counseling Services, Inc., who until recently was Mr. Bland's counselor. (Ms. Norton left Universal Counseling at the end of January.) A copy of the treatment plan attached to the email is submitted separately under seal as Exhibit 4. In the email Ms. Norton states that Mr. Bland:

> has made significant progress with anger management and [I] no longer see client as a threat to others or self. He is gainfully and successfully employed and the court process is greatly interfering with his financial well being. He has showed up to all appointments as required through US Probation, and has shown responsibility with work and family life. He reports he financially supports his wife and son so please forward his progress to the courts to be included in his case for removal of the Home Monitoring Program.

6. Based on the foregoing, Mr. Bland respectfully requests that the Court reconsider his request to be released from location monitoring.

WHEREFORE, Mr. Bland respectfully requests that the Court enter the attached

Order granting the requested modification.

                                        Respectfully submitted,

                                        JAMES WYDA  
                                        Federal Public Defender

                                        /s/  
                                        Douglas R. Miller, #18309  
                                        Assistant Federal Public Defender  
                                        100 South Charles Street  
                                        Tower II, Ninth Floor  
                                        Baltimore, Maryland  21201  
                                        (410) 962-3962 (p)  
                                        (410) 962-0872 (f)  
                                        Douglas_Miller@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2014, a copy of the foregoing Motion was emailed to Gregory Swillow, United States Probation Officer.

                                        /s/  
                                        Douglas R. Miller  
                                        Assistant Federal Public Defender